THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Frank Tolen,
 Jr., Appellant.
 
 
 

Appeal From Saluda County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2009-UP-220
Submitted April 1, 2009  Filed May 26,
 2009   
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Julie M. Thames, all of Columbia; and Solicitor
 Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Frank
 Tolen, Jr. appeals his conviction and sentence of life without parole for armed
 robbery and possession of a pistol by a person convicted of a violent crime. 
 Tolen argues the trial court lacked subject matter jurisdiction to hear his
 second trial and his conviction and sentence violate the constitutional
 prohibition against double jeopardy.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v. Santiago, 370 S.C. 153, 163, 634
 S.E.2d 23, 28 (Ct. App. 2006)  (As a general rule, if an issue was not
 raised and ruled upon below, it will not be considered for the first time on
 appeal.); State v. Nelson, 336 S.C. 186, 195, 519 S.E.2d 786,
 790-91 (1999) (finding where a verdict is set aside by a defendants own
 motion and a new trial granted, the defendant may
 be again tried for the offense). 
AFFIRMED.
Hearn,
 C.J., Pieper and
Lockemy, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.